Debra A. Miller, Esq. (IN #27254-49)
  (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN 46077
Telephone: 317-363-2400
Fax: 317-363-2257
E-Mail: dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA 94104
Telephone: 415-398-0200
Fax: 415-398-2820
E-Mail: dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| TANESHA COLLAZO,<br>　　　　Plaintiff,<br><br>　vs.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC.; EQUIFAX, INC.; TRANSUNION, LLC; CAPITAL ONE, NATIONAL ASSOCIATION; MACY'S INC.; MID AMERICA BANK & TRUST COMPANY; KNIGHT ADJUSTMENT BUREAU; PROFESSIONAL CREDIT SERVICE; and DOES 1 THROUGH 100 INCLUSIVE;<br>　　　　Defendants. | CASE NO. 4:17-cv-00416-YGR<br><br>ORDER GRANTING STIPULATION ~~AND [PROPOSED] ORDER~~ OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC |

Plaintiff Tanesha Collazo ("Plaintiff"), by counsel, and Defendant Trans Union, LLC ("Trans Union"), by counsel, hereby stipulate and agree that all matters herein between them have been resolved, and that Plaintiff's cause against Trans Union only should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

**STIPULATION AND [~~PROPOSED~~] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:17-CV-00416-YGR**

Respectfully submitted,

Date:  April 12, 2017

*s/ Joseph B. Angelo (with consent)*
Scott J. Sagaria, Esq.
Elliot W. Gale, Esq.
Joseph B. Angelo, Esq.
Scott M. Johnson, Esq.
Sagaria Law, P.C.
2033 Gateway Place, 5th Floor
San Jose, CA  95110
Telephone:  (408) 279-2288
Fax:  (408) 279-2299
E-Mail:  sjsagaria@sagarialaw.com
              egale@sagarialaw.com
              jangelo@sagarialaw.com
              sjohnson@sagarialaw.com

*Counsel for Plaintiff Tanesha Collazo*

Date:  April 12, 2017

*s/ Debra A. Miller*
Debra A. Miller, Esq.  (IN #27254-49)
   (admitted *Pro Hac Vice*)
Schuckit & Associates, P.C.
4545 Northwestern Drive
Zionsville, IN  46077
Telephone:  317-363-2400
Fax:  317-363-2257
E-Mail:  dmiller@schuckitlaw.com

*Lead Counsel for Defendant Trans Union, LLC*

David Streza, Esq. (CSB #209353)
Vogl Meredith Burke LLP
456 Montgomery Street, 20th Floor
San Francisco, CA  94104
Telephone:  415-398-0200
Fax:  415-398-2820
E-Mail:  dstreza@vmbllp.com

*Local Counsel for Defendant Trans Union, LLC*

*Pursuant to Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the Signatories.*

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:17-CV-00416-YGR**

# ORDER

PURSUANT TO STIPULATION, IT IS SO ORDERED that Trans Union, LLC is dismissed with prejudice. Plaintiff and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date:   April 18, 2017

_____
YVONNE GONZALEZ ROGERS
United States District Court"Lʍ i g"

DISTRIBUTION TO:

| | |
|---|---|
| Elliot Wayne Gale, Esq. <br> egale@sagarialaw.com | Scott Matthew Johnson, Esq. <br> sjohnson@sagarialaw.com |
| Scott Joseph Sagaria, Esq. <br> sjsagaria@sagarialaw.com | Joseph B. Angelo, Esq. <br> jangelo@sagarialaw.com |
| David James Streza, Esq. <br> dstreza@vmbllp.com | Benjamin Chung Lee, Esq. <br> blee@jonesday.com |
| Debra A. Miller, Esq. <br> dmiller@schuckitlaw.com | Thomas P. Quinn, Jr., Esq. <br> tquinn@nokesquinn.com |
| Chelsea Lynn Diaz, Esq. <br> cdiaz@dollamir.com | June Grace Felipe, Esq. <br> Felipeg@cmtlaw.com |
| Hannah Rachel Horsfall, Esq. <br> hhorsfall@professionalcredit.com | |

**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANT TRANS UNION, LLC – 4:17-CV-00416-YGR**

Page 3 of 3