Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| TANESHIA COLLAZO,<br><br>            Plaintiff,<br><br>      vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 4:17-CV-00416-YGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MACY'S, INC. PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Taneshia Collazo, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Macy's, Inc. as to all claims in this action, without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

(a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

(1) a notice of dismissal before the opposing party serves either an answer

or a motion for summary judgment.

Defendant Macy's, Inc. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment.  Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.


Dated: April 19, 2017                    Sagaria Law, P.C.


By:        */s/ Elliot W. Gale*
              Elliot W. Gale
Attorneys for Plaintiff
Taneshia Collazo

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT