Scott Sagaria (State Bar No.217981)
Elliot Gale (State Bar No. 263326)
Joe Angelo (State Bar No. 268542)
SAGARIA LAW, P.C.
2033 Gateway Place, 5th Floor
San Jose, California 95110
Telephone: (408) 279-2288
Facsimile: (408) 279-2299

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| | |
|---|---|
| TANESHIA COLLAZO,<br><br>            Plaintiff,<br><br>    vs.<br><br>EQUIFAX, INC.; et. al.,<br><br>            Defendants. | Federal Case No.: 4:17-CV-00416-YGR<br><br>**PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT MID AMERICA BANK & TRUST COMPANY PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1)** |

**PLEASE TAKE NOTICE** that Plaintiff Taneshia Collazo, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Mid America Bank & Trust Company as to all claims in this action, without prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer

1 | or a motion for summary judgment.

2 | Defendant Mid America Bank & Trust Company has neither answered Plaintiff's
3 | Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed
4 | against it for all purposes and without an Order of the Court.

6 | Dated: April 19, 2017    Sagaria Law, P.C.

By: _*/s/ Elliot W. Gale*_
Elliot W. Gale
Attorneys for Plaintiff
Taneshia Collazo