SCOTT J. SAGARIA (SBN 217981)
ELLIOT W. GALE (SBN 263326)
JOE ANGELO (SBN 268542)
**SAGARIA LAW, P.C.**
2033 Gateway Place, 6th Floor
San Jose, CA 95110
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA COLLAZO,<br><br>              Plaintiff,<br><br>       v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al.,<br><br>              Defendants. | Case No.: 4:17-cv-00416-YGR<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT KNIGHT ADJUSTMENT BUREAU |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Tanesha Collazo and defendant Knight Adjustment Bureau by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement.  The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

                                                                          **Sagaria Law, P.C.**

Dated:   April 19, 2017              By:      /s/ *Elliot Gale*
                                                                 Elliot Gale
                                                                 Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT KNIGHT ADJUSTMENT BUREAU -1-

|   |   |   |
|---|---|---|
|   |   | **Carlson & Messer, LLP** |
| Dated: April 19, 2017 | By: | /s/ *June Grace Felipe* |
|   |   | June Grace Felipe |
|   |   | Attorneys for Defendant |
|   |   | Knight Adjustment Bureau |

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that June Grace Felipe has concurred in this filing.

*/s/ Elliot Gale*