1  SCOTT J. SAGARIA (SBN 217981)
   ELLIOT W. GALE (SBN 263326)
2  JOE ANGELO (SBN 268542)
   **SAGARIA LAW, P.C.**
3  2033 Gateway Place, 6th Floor
   San Jose, CA 95110
4  408-279-2288 ph: 408-279-2299 fax

5  Attorneys for Plaintiff

## IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| TANESHA COLLAZO,                          | Case No.: 4:17-cv-00416-YGR                                             |
|-------------------------------------------|-------------------------------------------------------------------------|
| Plaintiff,                                |                                                                         |
| v.                                        | NOTICE OF SETTLEMENT WITH DEFENDANT PROFESSIONAL CREDIT SERVICE         |
| EXPERIAN INFORMATION SOLUTIONS, INC., et al., |                                                                     |
| Defendants.                               |                                                                         |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Tanesha Collazo and defendant Professional Credit Service of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement will be finalized within 30 days and will request dismissal of this action.

**Sagaria Law, P.C.**

Dated:   April 19, 2017           By:     /s/ *Elliot Gale*
                                          Elliot Gale
                                          Attorneys for Plaintiff

NOTICE OF SETTLEMENT WITH DEFENDANT PROFESSIONAL CREDIT SERVICE -1-

**Professional Credit Service**

Dated: April 19, 2017          By:     /s/ *Hannah Rachel Horsfall*
                                       Hannah Rachel Horsfall
                                       Attorneys for Defendant
                                       Professional Credit Service

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Notice. I hereby attest that Hannah Rachel Horsfall has concurred in this filing.

*/s/ Elliot Gale*