1  Scott Sagaria (State Bar No.217981)
   Elliot Gale (State Bar No. 263326)
2  Joe Angelo (State Bar No. 268542)
   SAGARIA LAW, P.C.
3  2033 Gateway Place, 5th Floor
   San Jose, California 95110
4  Telephone: (408) 279-2288
   Facsimile: (408) 279-2299
5
   Attorneys for Plaintiff
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — OAKLAND DIVISION

| TANESHIA COLLAZO, | Federal Case No.: 4:17-CV-00416-YGR |
|---|---|
| Plaintiff, | ORDER GRANTING ~~PLAINTIFF'S NOTICE OF~~ VOLUNTARY DISMISSAL OF DEFENDANT CAPITAL ONE, NATIONAL ASSOCIATION PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(A)(1) |
| vs. | |
| EQUIFAX, INC.; et. al., | |
| Defendants. | |

**PLEASE TAKE NOTICE** that Plaintiff Taneshia Collazo, pursuant to Federal Rule of Civil Procedure 41(a)(1), hereby voluntarily dismisses Defendant Capital One, N.A. as to all claims in this action, with prejudice.

Federal Rule of Civil Procedure 41(a)(1) provides, in relevant part:

41(a) Voluntary Dismissal

(1) By the Plaintiff

    (a) Without a Court Order. Subject to Rules 23(3), 23.1(c), 23.2, and 66 and any applicable federal statute, the plaintiff may dismiss an action without a court order by filing:

        (1) a notice of dismissal before the opposing party serves either an answer

1

PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT

or a motion for summary judgment.

Defendant Capital One, N.A. has neither answered Plaintiff's Complaint, nor filed a motion for summary judgment. Accordingly, the matter may be dismissed against it for all purposes and without an Order of the Court.

Dated: May 17, 2017          Sagaria Law, P.C.

By: _____/s/ Elliot W. Gale_____
             Elliot W. Gale
Attorneys for Plaintiff
Taneshia Collazo

Dated: May 19, 2017

IT IS SO ORDERED

Judge Yvonne Gonzalez Rogers

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA