Scott J. Sagaria (SBN 217981)
Elliot W. Gale (SBN 263326)
Joe Angelo (SBN 268542)
SAGARIA LAW, P.C.
3017 Douglas Blvd., Ste 100
Roseville, CA 95661
Telephone:  (408) 279-2288
Facsimile:  (408) 297-2299

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA COLLAZO,<br><br>          Plaintiff,<br><br>  v.<br><br><br>EXPERIAN INFORMATION SOLUTIONS, INC., et al,<br><br>          Defendants. | Case No.: 4:17-cv-00416-YGR<br><br>ORDER GRANTING **STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.; [~~PROPOSED~~] ~~ORDER~~** |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tanesha Collazo and defendant Experian Information Solutions, Inc. that Experian Information Solutions, Inc. be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//

//

//

//

//

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[~~PROPOSED~~] ORDER -1-

DATED: May 22, 2017 **Sagaria Law, P.C.**

By: */s/ Elliot Gale*
Elliot Gale
Attorney for Plaintiff Tanesha Collazo

DATED: May 22, 2017 **Jones Day**

By: */s/ Benjamin Chung Lee*
Benjamin Chung Lee
Attorney for Defendant Experian Information Solutions, Inc.

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Benjamin Chung Lee has concurred in this filing.

*/s/ Elliot Gale*

### [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Experian Information Solutions, Inc. is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 24, 2017

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE

STIPULATION FOR DISMISSAL OF DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC.;
[PROPOSED] ORDER -2-