1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Tanesha Collazo

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TANESHA COLLAZO,<br><br>  Plaintiff,<br><br> v.<br><br>EXPERIAN INFORMATION SOLUTIONS, INC., ET AL.,<br><br>  Defendants. | Case No.: 4:17-cv-00416-YGR<br><br> ORDER GRANTING **STIPULATION FOR DISMISSAL OF DEFENDANT KNIGHT ADJUSTMENT BUREAU;** [PROPOSED] ORDER |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

IT IS HEREBY STIPULATED by and between plaintiff Tanesha Collazo and defendant Knight Adjustment Bureau that Knight Adjustment Bureau be dismissed from this action with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall bear its own attorneys' fees and costs.

//
//
//
//
//

STIPULATION FOR DISMISSAL OF DEFENDANT KNIGHT ADJUSTMENT BUREAU; [PROPOSED] ORDER -1-

DATED: May 30, 2017                               **Sagaria Law, P.C.**

                                          By:    */s/ Elliot Gale*
                                                 Elliot Gale
                                                 Attorney for Plaintiff Tanesha Collazo


DATED: May 30, 2017                               **Carlson & Messer, LLP**

                                          By:    */s/ June Grace Felipe*
                                                 June Grace Felipe
                                                 Attorney for Defendant Knight Adjustment Bureau


I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that June Grace Felipe has concurred in this filing.

*/s/ Elliot Gale*


## [~~PROPOSED~~] ORDER

Pursuant to the stipulation of the Parties, Knight Adjustment Bureau is dismissed with prejudice.

IT IS SO ORDERED.


DATED:   May 31, 2017                             _____
                                                  Hon. Yvonne Gonzalez Rogers
                                                  UNITED STATES DISTRICT JUDGE