1  Scott J. Sagaria (SBN 217981)
   SJSagaria@sagarialaw.com
2  Elliot W. Gale (SBN 263326)
   EGale@sagarialaw.com
3  Joe Angelo (SBN 268542)
   JAngelo@sagarialaw.com
4  SAGARIA LAW, P.C.
   3017 Douglas Blvd., Ste 100
5  Roseville, CA 95661
   Telephone:  (408) 279-2288
6  Facsimile:  (408) 297-2299

7  Attorneys for Plaintiff Tanesha Collazo

8                    U<small>NITED</small> S<small>TATES</small> D<small>ISTRICT</small> C<small>OURT</small>

9                    N<small>ORTHERN</small> D<small>ISTRICT OF</small> C<small>ALIFORNIA</small>

10

11  TANESHA COLLAZO,                          Case No.: 4:17-cv-00416-YGR

12          Plaintiff,

13     v.                                     ORDER GRANTING
                                               STIPULATION FOR DISMISSAL OF
14  EXPERIAN INFORMATION SOLUTIONS,           DEFENDANT PROFESSIONAL
    INC., ET AL.,                             CREDIT SERVICE; [PROPOSED]
15                                             ORDER
            Defendants.
16

17

18

19  **TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

20          IT IS HEREBY STIPULATED by and between plaintiff Tanesha Collazo and defendant

21  Professional Credit Service that Professional Credit Service be dismissed from this action with

22  prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(2), and that each party shall

23  bear its own attorneys' fees and costs.

24  //

25  //

26  //

27  //

28  //

DATED: May 30, 2017 **Sagaria Law, P.C.**

By: _/s/ Elliot Gale_
Elliot Gale
Attorney for Plaintiff Tanesha Collazo

DATED: May 30, 2017 **Professional Credit Service**

By: _/s/ Hannah Rachel Horsfall_
Hannah Rachel Horsfall
Attorney for Defendant Professional Credit Service

I, Elliot Gale, am the ECF user whose identification and password are being used to file this Stipulation. I hereby attest that Hannah Rachel Horsfall has concurred in this filing.

_/s/ Elliot Gale_

## [PROPOSED] ORDER

Pursuant to the stipulation of the Parties, Professional Credit Service is dismissed with prejudice.

IT IS SO ORDERED.

DATED: May 31, 2017

Hon. Yvonne Gonzalez Rogers
UNITED STATES DISTRICT JUDGE